UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
)
IN RE YASMIN AND YAZ (DROSPIRENONE))     3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION        )     MDL No. 2100
_____ )

ORDER
VACATING DISMISSAL

**This Document Relates to:**

*Peter Rashke, as Administrator of the Estate of*    No. 3:11-cv-11492-DRH-PMF
*Susan J. Mihna, Deceased v. Bayer Corp., et al.*

*Siobhan McGee v. Bayer Corp., et al.*          No. 3:11-cv-12797-DRH-PMF

*Lauren Lieb and Andrew Lieb v.*               No. 3:11-cv-20091-DRH-PMF
*Bayer Corp., et al.*

*Brittany McKenrick v. Bayer Corp., et al.*      No. 3:11-cv-10488-DRH-PMF

**ORDER**

**HERNDON, Chief Judge:**

In June 2012, the Court dismissed the above captioned cases, without prejudice, for failure to comply with this Court's Plaintiff Fact Sheet (PFS) requirements. The above captioned plaintiffs have since filed motions to vacate those dismissals stating that they are now compliance with the PFS requirements. Bayer has responded in each case and states that it is not opposed to reinstatement.

Accordingly, the Court hereby **VACATES** the orders dismissing the above captioned cases without prejudice.  Further, the Court directs the Clerk of the Court to **REINSTATE** the same.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2012.07.30
10:20:55 -05'00'

**Chief Judge**
**United States District Court**                    Date:  July 30, 2012